AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Saba Capital Master Fund, LTD., et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| ASA Gold and Precious Metals, LTD., et al. | ) |
| *Defendant* | ) |

Case No.    1:25-cv-3265

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Saba Capital Master Fund, LTD. and Saba Capital Management, L.P.                               .

Date:      04/18/2025

/s/ Mark Musico
*Attorney's signature*

Mark Musico, Bar No. MM8001
*Printed name and bar number*

Susman Godfrey LLP
One Manhattan West, 50th Floor
New York, NY 10001

*Address*

mmusico@susmangodfrey.com
*E-mail address*

(212) 336-8330
*Telephone number*

(212) 336-8340
*FAX number*

Print      Save As...                    Reset